# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Gary Degen and Judy Degen,　　　　　　　　　　ORDER

　　　　　　Debtors.　　　　　　　　　　　　　BKY 18-32405

At Minneapolis, Minnesota, August 11, 2021.

This case is before the court on the debtors' motion to confirm post-confirmation modified plan. Based on the motion and the file,

IT IS ORDERED: The post-confirmation modified plan [Docket Entry: 57] dated June 28, 2021, and filed on July 1, 2021, is confirmed.

/e/ Kathleen H. Sanberg
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/11/2021*
Tricia Pepin, Clerk, by LH